Wong&Guerrero.Ind

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> MAI LY WONG and ) <br> MARVA J. GUERRERO, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 05-00013 <br><br> **INDICTMENT** <br><br> **CAUSING THE FAILURE TO FILE A CURRENCY TRANSACTION REPORT** <br> [18 U.S.C. § 2, 31 U.S.C. § 5324(a)(1) & 5322(a), and 31 C.F.R. §§ 103.11 & 10.22] |

THE GRAND JURY CHARGES:

<u>CAUSING THE FAILURE TO FILE A CURRENCY
TRANSACTION REPORT</u>

On or about May 27, 2004, the District of Guam, the defendants herein, MAI LY WONG and MARVA J. GUERRERO, did knowingly and willfully and for the purposes of evading the reporting requirements of Section 5313(a) of Title 31, United States Code and the regulations promulgated thereunder, cause a domestic financial institution, to-wit: First Hawaiian Bank, at which they purchased seven (7) cashiers checks, each in the amount of $9,880, for $69,260 cash, to fail to file with the Internal Revenue Service a report required to be filed under Section 5313(a) of 31 United States Code and the regulations promulgated thereunder, 31 Code of

1

Federal Regulations, Section 103.22, in connection with the receipt, exchange, withdrawal and transfer of United States currency in excess of $10,000,

ALL IN VIOLATION OF Title 18, United States Code, § 2, and Title 31, United States Code, §§ 5324(a)(1) & 5322(a), and 31 C.F.R. §§ 103.11 & 10.22.

Dated this 16th day of February, 2005.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

2