**THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.**
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagåtña, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com



# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR-05-00013-001 |
| Plaintiff, | ) | |
| vs. | ) | ENTRY OF APPEARANCE |
| MAI LY WONG, | ) | |
| Defendant. | ) | |

**COMES NOW**, the Law Office of David J. Highsmith, through David J. Highsmith, Esq., and hereby enters his appearance on behalf of MAI LY WONG, Defendant in the above-entitled case.

**RESPECTFULLY SUBMITTED** this 17th day of February 2005.

Law Office of David J. Highsmith,

*[signature]*
DAVID J. HIGHSMITH, ESQ.

Wonged&maile

**ORIGINAL**