AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

MARVA J. GUERRERO

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number:    CR-05-00013-002

**FILED**
DISTRICT COURT OF GUAM
FEB 17 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time<br>Thursday, February 17, 2005 at 2:00 p.m. |
| Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s)

Brief description of offense:

**18:2, 31:5324(a)(1) & 5322(a), & 31:103.11 & 10.22 - CAUSING THE FAILURE TO FILE A CURRENCY TRANSACTION REPORT**

U.S. MARSHALS-GUAM
RECEIVED
2005 FEB 16 08:00

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

February 16, 2005
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 2/16/2005 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 625 Chalan Toto Loop Barrigada, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on _2/17/2005_   _J.L.G. Sabs_
            Date                          Name of United States Marshal

                                          _John Duenas_
                                          (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.