DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00013 |
|---|---|
| Plaintiff, | |
| vs. | O R D E R |
| **MAI LY WONG and MARVA J. GUERRERO,** | |
| Defendants. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **MARVA J. GUERRERO** in the above-entitled case *nunc pro tunc* to February 16, 2005.

Dated this 17th day of February, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM