JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Fax: (671) 472-7120

Attorney for Defendant
MARVA J. GUERRERO

FILED
DISTRICT COURT OF GUAM

APR 15 2005 nbau

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00013 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL DATE AND |
| vs. | ) | EXCLUDING TIME |
| | ) | |
| MARVA J. GUERRERO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein

that the Defendant's Trial presently scheduled for April 19, 2005, at 9:30 a.m., be continued for

approximately six weeks, or a date convenient for the Court's calendar. The parties request this

continuance as defense counsel requires additional time for further research, investigation and client

consultation. Defense counsel requires additional time due to unforeseen and unpredicted staff

shortages in the Office of the Federal Public Defender. Our two attorney office has been severely

affected by the absence of the other trial attorney who, as a member of the National Guard, was

suddenly called to active duty in the Middle East in March, 2005. Our one investigator also resigned in February, 2005, and the new investigator will not be starting until April 18, 2005. These temporary and unexpected personnel problems have severely hampered and compromised our trial preparation efforts. Defense counsel will also be off-island from April 18, 2005 to May 2, 2005.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including April 19, 2005, to and including _____ June 7 _____, 2005, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mrs. Guerrero's best interests, furthers judicial economy and efficiency and is in society's best interests. Mrs. Guerrero has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, April 11, 2005.

JOHN T. GORMAN
Attorney for Defendant
MARVA J. GUERRERO

KARON V. JOHNSON
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED, based on the above stipulated facts , that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act,

//

//

18 U.S.C. § 3161. IT IS FURTHER ORDERED that the Defendant's Trial presently scheduled for April 19, 2005 at 9:30 a.m., be continued to _____June 7_____, 2005, at _9:30_ a.m., and that the time between April 19, 2005 and _____June 7_____, 2005, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: Hagatna, Guam, _April 15, 2005_.

RECEIVED

APR 1 2 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM