JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone:    (671) 472-7111
Facsimile:    (671) 472-7120

Attorney for Defendant
MARVA J. GUERRERO

**FILED**

DISTRICT COURT OF GUAM

AUG 2 3 2005 🖉

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00013 |
| | ) |
| Plaintiff, | ) RESPONSE TO DRAFT PRESENTENCE |
| | ) REPORT; CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| MARVA J. GUERRERO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, MARVA J. GUERRERO, by and through counsel, John T. Gorman,

Federal Public Defender, respectfully accepts and adopts the findings of the Draft Presentence

Investigation Report.

DATED: Mongmong, Guam, August 23, 2005.

JOHN T. GORMAN
Attorney for Defendant
MARVA J. GUERRERO

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the

foregoing document was duly mailed and/or hand-delivered to the following on August 23, 2005:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA


STEPHEN GUILLIOT
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, August 23, 2005.

ALEXANDER A. MODABER
Investigator

JOHN T. GORMAN
Attorney for Defendant
MARVA J. GUERRERO