FILED
DISTRICT COURT OF GUAM
SEP 12 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MARVA J. GUERRERO<br>Defendant. | CRIMINAL CASE NO. 05-00013-002<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Judy Anne L. Ocampo, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 6TH day of September 2005.

JUDY ANNE L. OCAMPO
U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Judy Anne L. Ocampo, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Marva J. Guerrero.

Dated this 12th day of September 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

RECEIVED
SEP - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL